**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON K. MYERS,<br><br>    Petitioner,<br><br>  v.<br><br>ANTHONY HEDGPETH, warden,<br><br>    Respondent.<br>_____ / | No. C 12-1501 SI (pr)<br><br>**ORDER EXTENDING DEADLINE** |

Petitioner filed an *ex parte* request for a sixty-day extension of time to file his traverse. Upon due consideration, the court GRANTS the request. (Docket # 10.)   Petitioner must file and serve his traverse on respondent's counsel no later than **December 21, 2012**.

IT IS SO ORDERED.

Dated: October 15, 2012

                                                    SUSAN ILLSTON
                                       United States District Judge