United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AARON K. MYERS,                                       No. C 12-1501 SI (pr)

       Petitioner,                                      **ORDER EXTENDING DEADLINE**

  v.

ANTHONY HEDGPETH, warden,

       Respondent.
                                    /

      Petitioner filed an *ex parte* request for a sixty-day extension of time to file his traverse. Upon due consideration, the court GRANTS the request. (Docket # 10.)   Petitioner must file and serve his traverse on respondent's counsel no later than **December 21, 2012**.

      IT IS SO ORDERED.

Dated: October 15, 2012

                                                       SUSAN ILLSTON
                                           United States District Judge