UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON K. MYERS, | No. C 12-1501 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| A. HEDGPETH, warden, | |
| Respondent. / | |

The petition for writ of habeas corpus is denied on the merits.

IT IS SO ORDERED AND ADJUDGED.

DATED: June 17, 2013

_____
SUSAN ILLSTON
United States District Judge