UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON K. MYERS, | No. C 12-1501 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINE** |
| v. | |
| A. HEDGPETH, warden, | |
| Respondent. | |

This habeas petition was denied on the merits on June 17, 2013. Petitioner has filed a timely request for an extension of the deadline to file a notice of appeal. Upon due consideration, the request is GRANTED IN PART. (Docket # 15.) Petitioner must file his notice of appeal no later than **August 17, 2013**.[1]

IT IS SO ORDERED.

DATED: July 11, 2013

SUSAN ILLSTON
United States District Judge

---

[1] Petitioner also seeks this court to address on the merits his claim of ineffective assistance of counsel. That claim was not raised in the petition or briefed by respondent. Petitioner discussed the claim for the first time in his traverse but never sought to amend the petition, which has since been denied. Therefore, the court will not address the claim.